TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Plaintiff
Jason M. Rund, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7 |
| JASON M. RUND, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VINCENT GIRARDI,<br><br>Defendant. | Adv. No. 2:21-ap-01216-BR<br><br>**PLAINTIFF'S UNILATERAL STATUS REPORT IN LIEU OF JOINT STATUS CONFERENCE REPORT; DECLARATION IN SUPPORT THEREOF**<br><br>Date:  December 14, 2021<br>Time: 2:00 p.m.<br>Place: Courtroom 1668<br>         U.S. Bankruptcy Court<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Plaintiff Jason M. Rund, the chapter 7 trustee herein ("Plaintiff"), respectfully submits the following Unilateral Status Report in accordance with Local Bankruptcy Rule 7016-1:

 A. **PLEADINGS/SERVICE:**

  1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? **Yes**

  2. Have all parties filed and served answers to the Claims Documents? **No**

  3. Have all motions addressed to the Claims Documents been resolved? **N/A**

  4. Have all counsel met and conferred in compliance with LBR 7026-1? **No**

  5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below (or on attached page): **Defendant failed to respond to the Complaint in the above-captioned adversary proceeding. A Request for Clerk to Enter Default Under LBR 7055-1(a) concerning the defendant was filed on November 30, 2021. Default was entered by this Court against defendant on November 30, 2021.**

 B. **READINESS FOR TRIAL**

  1. When will you be ready for trial in this case? **N/A**

  2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

  3. When do you expect to complete <u>your</u> discovery efforts? **N/A**

  4. What additional discovery do you require to prepare for trial? **N/A**

 C. **TRIAL TIME:**

  1. What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)? **N/A**

  2. How many witnesses do you intend to call at trial (*including* opposing parties?) **N/A**

  3. How many exhibits do you intend to introduce at trial? **N/A**

///

**D.    PRE-TRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pre-Trial Conference (is/**is not**) requested.

Reasons:  **Plaintiff will be filing a motion for default judgment against the defendant.**

Pre-Trial Conference should be set after: **N/A**

**E.    SETTLEMENT:**

1.    What is the status of settlement efforts?  **None**

2.    Has this dispute been formally mediated?  **No**

3.    Do you want this matter sent to mediation at this time?  **No**

**F.    FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

I **do**/do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:**

Plaintiff respectfully requests that the status conference be continued for approximately 60 days to allow Plaintiff to proceed with his motion for default judgment against defendant.

DATED: December 7, 2021        LEVENE, NEALE, BENDER, YOO &
                               GOLUBCHIK L.L.P.

                               By:/s/ *Carmela T. Pagay*
                                      CARMELA T. PAGAY
                                      Attorneys for Plaintiff
                                      Jason M. Rund, Chapter 7 Trustee

## DECLARATION OF CARMELA T. PAGAY

I, Carmela T. Pagay, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California and before the United States District Court for the Central District of California. I am a partner in the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P., and am one of the attorneys responsible for the representation of Jason M. Rund, the chapter 7 trustee and plaintiff herein ("Plaintiff"). Unless otherwise stated, the following facts are within my personal knowledge. If called to testify as a witness with respect to the statements set forth herein, I could and would competently testify thereto.

2. On October 29, 2021, my firm filed, on behalf of Plaintiff, a "Complaint Against Debtor for Denial of Discharge" (the "Complaint") against Thomas Vincent Girardi ("Defendant"), commencing the above-referenced adversary proceeding (the "Adversary").

3. Based on my review of the Court's docket, it appears that a Summons and Notice of Status Conference in Adversary Proceeding (the "Summons") was issued on October 29, 2021. On November 3, 2021, I caused Defendant to be served with the Summons and Complaint by mail sent to his current address, the address initially listed on the Court's docket, the address of Defendant's guardian ad litem (the "Guardian"), and the addresses of the Guardian's counsels of record.

4. Pursuant to the Summons, the last day for Defendant to respond to the Complaint was November 29, 2021. Since Defendant failed to timely respond to the Complaint, a Request for Clerk to Enter Default Under LBR 7055-1(a) concerning Defendant was filed on November 30, 2021. Default was entered against Defendant by this Court on November 30, 2021.

///
///
///
///
///

5.     Plaintiff is proceeding with the filing of a motion for default judgment against Defendant.  Accordingly, Plaintiff respectfully requests that the status conference be continued for approximately 60 days to allow the Court to rule on the motion for default judgment prior to the continued status conference.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct and that this Declaration was executed on December 7, 2021 at Los Angeles, California.

                                                       /s/ Carmela T. Pagay
                                                         CARMELA T. PAGAY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the **Plaintiff's Unilateral Status Report in Lieu of Joint Status Conference Report; Declaration in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 7, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Carmela Pagay on behalf of Plaintiff Jason M. Rund
ctp@lnbyg.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

Jason M Rund (TR)
trustee@srlawyers.com, jrund@ecf.axosfs.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Timothy J Yoo on behalf of Plaintiff Jason M. Rund
tjy@lnbyb.com

☐ *Service information continued on attached page*

**2. SERVED BY UNITED STATES MAIL**: On **December 7, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| Thomas Vincent Girardi<br>Belmont Village Senior Living<br>455 East Angeleno Avenue<br>Burbank, CA 91501 | Thomas Vincent Girardi<br>100 N. Los Altos Drive<br>Pasadena, CA 91105 | Robert J. Girardi<br>3662 Aquarius Drive<br>Huntington Beach, CA 92649 |
|---|---|---|
| Robert J. Girardi<br>c/o Leonard Pena<br>Pena & Soma, APC<br>402 South Marengo Avenue, Suite B<br>Pasadena, CA 91101 | Robert J. Girardi<br>c/o Nicholas Van Brunt<br>Sheppard Mullin Richter & Hampton<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067 | |

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, **December 7, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                   **F 9013-3.1.PROOF.SERVICE**

email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 7, 2021 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**