TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Plaintiff
Jason M. Rund, Chapter 7 Trustee

**FILED & ENTERED**

**JAN 24 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THOMAS VINCENT GIRARDI,<br><br>Debtor.<br><br>―――――――――――――――<br><br>JASON M. RUND, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS VINCENT GIRARDI,<br><br>Defendant. | Case No. 2:20-bk-21020-BR<br><br>Chapter 7<br><br><br><br>Adv. No. 2:21-ap-01216-BR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LOCAL BANKRUPTCY RULE 7055-1**<br><br>Date: January 18, 2022<br>Time: 1:00 p.m.<br>Place: Courtroom 1668 (1645 by zoomgov)<br>　　　　U.S. Bankruptcy Court<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |

1

A hearing was held at the above-captioned date and time on the "Plaintiff's Motion for Default Judgment Under Local Bankruptcy Rule 7055-1 [Doc 12] (the "Motion"), filed by Jason M. Rund, the chapter 7 trustee and plaintiff herein (the "Trustee"). Pursuant to the Court's tentative ruling, appearances were waived.

The court has reviewed the Motion, the documents filed in support of the Motion, and the record in this case. Notice of the Motion appears proper. Cause has been shown for the relief requested. For these reasons,

IT IS HEREBY ORDERED as follows:

1. The Motion is granted; and
2. The Trustee shall lodge a judgment consistent with this order.

### ###

Date: January 24, 2022

_Barry Russell_
Barry Russell
United States Bankruptcy Judge