| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TIMOTHY J. YOO (State Bar No. 155531)<br>tjy@lnbyg.com<br>CARMELA T. PAGAY (State Bar No. 195603)<br>ctp@lnbyg.com<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Jason M. Rund, Chapter 7 Trustee | **FILED & ENTERED**<br><br>**JAN 24 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>THOMAS VINCENT GIRARDI,<br><br><br><br><br>                                                              Debtor(s)<br><br>JASON M. RUND, Chapter 7 Trustee,<br><br>                                                              Plaintiff(s)<br><br>vs.<br><br>THOMAS VINCENT GIRARDI,<br><br><br><br>                                                              Defendant(s) | CASE NO.: 2:20-bk-21020-BR<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 2:21-ap-01216-BR<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE:  January 18, 2022<br>TIME:   1:00 p.m.<br>COURTROOM: 1668 (1645 zoomgov.com)<br>PLACE: Roybal Federal Building<br>          255 E Temple Street<br>          Los Angeles, CA 90012 |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 1                              F 7055-1.2.DEFAULT.JMT

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): <u>Jason M. Rund, Chapter 7 Trustee</u>
   and against Defendant (*specify name*): <u>Thomas Vincent Girardi</u>

2. a. ☐ Plaintiff is awarded damages in the following amount: $_____
   b. ☐ Plaintiff is awarded costs in the following amount: $_____
   c. ☐ Plaintiff is awarded attorney fees in the following amount: $
   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____

   e. ☒ Plaintiff is granted the following relief (*specify*):

   Debtor Thomas Vincent Girardi's discharge is denied under 11 U.S.C. §§ 727(a)(3) and 727(a)(5).

   ☐ See attached page

3. ☐ This judgment or claim is determined to be non-dischargeable under:    ☐ Bankruptcy Code §523(a) _____
   ☐ Other (*specify*):

4. ☐ The court further orders:

   ☐ See attached page

                                              ###

Date: January 24, 2022

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 2                              F 7055-1.2.DEFAULT.JMT